UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:23-CR-465 |
| | § | |
| CLAUDE EDWARD SLAUGHTER, III | § | |

## PRELIMINARY ORDER OF FORFEITURE

On December 15, 2025, Claude Edward Slaughter, III (hereinafter "the Defendant") pleaded guilty to Count One, Two, and Six of the Superseding Indictment, which charged him with Possession With Intent to Distribute Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), Count One; Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 924(c)(1)(A)(i), Count Two; and Transport or Receipt of Explosive Material by a Prohibited Person, in violation of 18 U.S.C. §§ 842(i) and 844(a), Count Six.

The Superseding Indictment and plea agreement provided notice to the Defendant with notice that, in the in the event of conviction of the offenses charged in the Superseding Indictment, the United States would seek forfeiture of: 1) all property constituting, or derived from any proceeds obtained, directly or indirectly, as the result such violation, 2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, and 3) any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense.

Based on the record, the Court finds that the United States has established the requisite nexus between the property listed below and the offenses of conviction, specifically, the

property was used to facilitate the conspiracy and/or was property purchased with proceeds obtained from the conspiracy.

Accordingly, the Court ORDERS that:

1. The following property is forfeited to the United States of America[1]:

    a) $229,303.00 of United States currency;

    b) 2022 GMC Sierra 2500 Denali, VIN 1GT49RE79NF336929; and

    c) Any and all miscellaneous weapons, ammunition, and accessories:

        • Glock pistol, serial number BGVW662 with gold "switch" attachment;

        • Radical Firearms, LLC, (RDC) RF-15, AR-15 styled rifle, serial number 20-070469;

        • Glock pistol, serial number DSS925 with (8) 10mm bullets;

        • Century Arms International, AK Pistol, 762 caliber, serial number PMD-15659-19);

        • Iver Johnson Champion, .410GA Shotgun, serial number unknown;

        • Glock Pistol, serial number YRS710 with gold "switch" attachment;

        • 60 round AR/M4 drum magazine with bullets;

        • M205A2 Fuze Hand Grenade, lot number OPI-6-81; and

        • M205A2 Fuze Hand Grenade, lot number IOP-4-17,

        • Magazines (.556mm, .762mm, 10mm, 9mm)

collectively, ("the property").

---

[1] The "Two (2) Pieces of Jewelry totaling $3,950.00" named in the Superseding Indictment will be returned to the defendant per agreement with the United States.

The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

Any person, other than the Defendant, asserting a legal interest in the property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, located at United States Courthouse, 515 Rusk Street, Houston, Texas 77002. A copy of the petition shall be sent to Randy Lopez, Assistant United States Attorney, U.S. Department of Justice, Asset Forfeiture Division, 1000 Louisiana, Suite 2300, Houston, Texas 77002.

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and the defendant's Plea Agreement, this order is final as the defendant, and shall be made part of his sentence and included in his judgment.

Signed at Houston, Texas on ___December 19___, 2025.

_____
ANDREW S. HANEN
United States District Judge

3